UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEVEN PRATHER and WESLEE PRATHER, | No. 2:14-cv-02612-MCE-CMK |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| LAW OFFICES OF LORA GREVIOUS, | |
| Defendant. | |

Based upon Plaintiffs' Notice of Voluntary Dismissal (ECF No. 7), this action is DISMISSED with prejudice.  The Court retains jurisdiction for the purposes of settlement.

IT IS SO ORDERED.

Dated: March 30, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1